PALOMA P. PERACCHIO, CA Bar No. 259034
paloma.peracchio@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

MITCHELL A. WROSCH, CA Bar No. 262230
mitchell.wrosch@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBED VILLATORO and CLEMENCIA MARTINEZ, individually, and on behalf of all other similarly situated employees, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:25-cv-4448 ODW (MAAx) <br><br> **WAL-MART ASSOCIATES, INC.'S SUPPLEMENTAL NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1** <br><br> Complaint Filed: December 19, 2024 <br> Trial Date: None <br> District Judge: Hon. Otis D. Wright II <br> Courtroom 5D, First St. <br> Magistrate Judge: Hon. Maria A. Audero <br> Courtroom 880, Roybal |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFFS OBED VILLATORO AND CLEMENCIA MARTINEZ AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 83-1, Defendant Wal-Mart Associates, Inc. ("Walmart" or "Defendant") hereby gives supplemental notice of the following related cases and notice of the following pendency of other actions or proceedings. This supplements Defendant's prior notice filed in this Action. (ECF No. 3.)

Defendant first provides a brief overview of this action ("*Villatoro* Class Action"). Plaintiffs Obed Villatoro and Clemencia Martinez ("Plaintiffs") bring the following causes of action on behalf of themselves and putative class members:

1. Failure to Provide Meal Periods
2. Failure to Provide Rest Periods
3. Waiting Time Penalties
4. Wage Statement Violations
5. Failure to Reimburse Necessary Business Expenses
6. Unfair Competition

Plaintiffs define their putative class as follows: "all current and former non-exempt employees of Defendants in the State of California at any time within the period beginning four (4) years prior [December 19, 2020] and ending at the time this action settles or the class is certified." (ECF No. 13 [First Amended Complaint] ¶ 11.)

## SUPPLEMENTAL NOTICE OF RELATED CASES

Walmart now provides the following supplemental notice of cases pending within this District that may be related to the instant action within the meaning of L.R. 83-1.3:

***Rosario Casillas v. Wal-Mart Associates, Inc.,* Case No. 2:25-cv-06086 (Central District of California, filed May 15, 2025, removed on July 3, 2025) (the "*Casillas* Action")**.

2

Case No. 2:25-cv-4448 ODW (MAAx)

Plaintiff Rosario Casillas is represented by Arby Aiwazian of Lawyers for Justice, PC located at 450 North Brand Blvd., Suite 900, Glendale, California 91203; telephone number: (818) 265-1020. Walmart is represented by the same counsel of record in the instant action.

The *Casillas* Action was filed as a putative class action on behalf of "all current and former hourly-paid or non-exempt employees who worked for any of Defendants within the State of California at any time during the period from four years preceding the filing of this Complaint [May 15, 2021] to final judgment." (ECF No. 1-1 ¶ 13.)

The *Casillas* Action brings putative class claims for alleged:

(1) Unpaid Overtime Wages

(2) Unpaid Meal Period Premiums

(3) Unpaid Rest Period Premiums

(4) Unpaid Minimum Wages

(5) Final Wages Not Paid Timely

(6) Wages Not Timely Paid During Employment

(7) Non-Compliant Wage Statements

(8) Failure to Keep Requisite Payroll Records

(9) Unreimbursed Business Expenses

(10) Unfair and Unlawful Business Practices.

/ / /

/ / /

/ / /

/ / /

WAL-MART ASSOCIATES, INC.'S SUPPLEMENTAL NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1

Due to the foregoing, the *Casillas* Action and the instant action may call for the determination of the same or substantially related or similar questions of law and fact, and/or may entail substantial duplication of labor if heard by different judges.

DATED: July 28, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Melis Atalay*
Paloma P. Peracchio
Mitchell A. Wrosch
Melis Atalay

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

WAL-MART ASSOCIATES, INC.'S SUPPLEMENTAL NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1

90932350.v1-OGLETREE